**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-7559**

―――――――――

NATHANIEL DANTE RICE,

             Plaintiff - Appellant,

     v.

TRACY   SMITH,   Officer;   GLEN   W.   GRAHAM,   Officer;
ANTONIOVILLALOBOS,   Officer;   Individually   and   in   Their
OfficialCapacities; LOCAL GOVERNMENT EXCESS LIABILITY FUND,
INCORPORATED OF GREENSBORO, NORTH CAROLINA,

             Defendants - Appellees,

     and

SHERIFF B. J. BARNES,

             Defendant.

―――――――――

**No. 07-7682**

―――――――――

NATHANIEL DANTE RICE,

             Plaintiff - Appellee,

     v.

TRACY   SMITH,   Officer;   ANTONIO   VILLALOBOS,   Officer;   LOCAL
GOVERNMENT EXCESS LIABILITY FUND, INCORPORATED OF GREENSBORO,
NORTH CAROLINA; GLEN W. GRAHAM, Officer,

             Defendants - Appellants,

        and

B. J. BARNES,

                Defendant.

        _____

Appeals from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, Jr.,
District Judge.  (1:05-cv-00434-WLO-PTS)

        _____

Submitted:  April 17, 2008          Decided:  April 21, 2008

        _____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

        _____

Affirmed by unpublished per curiam opinion.

        _____

Nathaniel Dante Rice, Appellant/Appellee Pro Se.   James Antone
Dickens, Jr., COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina;
Matthew L. Mason, GUILFORD COUNTY SHERIFF'S ATTORNEY, Greensboro,
North Carolina, for Appellees/Appellants.

        _____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In appeal number 07-7559, Nathaniel Dante Rice appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and its order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rice v. Smith, No. 1:05-cv-00434-WLO-PTS (M.D.N.C. Sept. 14, 2007; Oct. 29, 2007). We deny Rice's motions for appointment of counsel.

In appeal number 07-7682, defendants below appeal the district court's order affirming the magistrate judge's order denying their motion to strike certain documents filed by Rice. We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny Rice's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED